**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:

JESSICA STEWART,

          Debtor.

_____/

Case No. 24-00346
Chapter 13
Hon. John T. Gregg
Filed: 2/14/2024

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES A/B-J, DECLARATION ABOUT SCHEDULES, SUMMARY OF ASSETS AND LIABILTIES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST, AND CHAPTER 13 PLAN**

      This matter comes before this Court upon the Debtor's Motion for Extension of Time to File Schedules A/B-J, Declaration About Schedules, Summary of Assets and Liabilities, Statement of Financial Affairs, Means Test, and Chapter 13 Plan ("Motion") with the Motion having been filed on February 27, 2024 [Dkt. No. 13], the Court having read and reviewed the same and being otherwise fully advised in the matter, and noting that Pursuant to Bankruptcy Rule 1007(c), the schedules and statements were required to be filed within 14 days i.e. on or before February 28, 2024. The court further noting that Debtor's First Motion to Extend Time for Filing of Schedules was granted, allowing a 14-day extension to March 13, 2024, and that the Debtor filed a timely Second Motion filed with the Clerk of the United States Bankruptcy Court on March 12, 2024.

      **NOW, THEREFORE, IT IS HEREBY ORDERED** that pursuant to Bankruptcy Rules 1007(a)(5) and 9006(b)(1), the Debtor's request to extend time for filing of schedules be and hereby is granted until March 27, 2024.

      **IT IS FURTHER ORDERED** that a copy of this Order shall be served by electronic means or first-class United States mail, postage prepaid upon the Debtor, the attorney for the Debtor, if appropriate, the Trustee and the United States Trustee.

Prepared by:
CBH Attorneys & Counselors, PLLC
25 Division Ave. South, Ste. 500
Grand Rapids MI 49503
Telephone: 616-608-3061

**END ORDER**

**Signed: March 13, 2024**




John T. Gregg
United States Bankruptcy Judge