## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No. 24-00346 |
| | Chapter 13 |
| JESSICA STEWART, | Hon. John T. Gregg |
| | Filed: February 14, 2024 |
| Debtor. | |
| _____ // | |

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13

**NOW COMES** Jessica Stewart ("Debtor") by and through her attorneys, CBH Attorneys & Counselors, PLLC, and pursuant to 11 U.S.C. § 1307(a), hereby respectfully requests that the Court dismiss her Chapter 13 case, and in support of her motion states the following:

1. That on February 14, 2024, the Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code. The petition was filed in the Western District of Michigan and was assigned Case Number 24-00346.

2. Debtor's Chapter 13 Plan has not been confirmed.

3. Debtor's primary purpose for filing Chapter 13 Bankruptcy was to protect her home from foreclosure as she had fallen behind on her monthly mortgage payments. Subsequent to filing, the Debtor's financial situation has changed, and she no longer believes that continuing with her Chapter 13 proceeding is in her best financial interest.

**WHEREFORE**, the Debtor respectfully requests, pursuant to 11 U.S.C. § 1307(a), that this Honorable Court dismiss her Chapter 13 bankruptcy.

**JESSICA STEWART**
Debtor

Date: March 28, 2024        */s/ Jessica Stewart*
                            Jessica Stewart

**CBH ATTORNEYS & COUNSELORS, PLLC**
Attorneys for Debtor

Date: March 28, 2024        */s/ Emily J. Gudwer*
                            Emily J. Gudwer (P85988)
                            25 Division Avenue S., Suite 500
                            Grand Rapids MI 49503
                            Telephone: (616) 608-3061